Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CLYDE JUNIOR STOUT )
)
)
)
)
)
)
)
)
*Enter the full name of the plaintiff in this action* )
)
)
v. )
)
CHAD STRAWSER/ CORRECTION OFFICER )
JACK    TAYLOR - JAIL ADMINISTRATOR; )
RONALD    CRITES - SHERIFF OF PRESTON )
COUNTY; )
)
COUNTY COMMISSIONERS,OF PRESTON COUNTY,)
VICTORIA A. COLE; L. DARWIN WOLFE; )
DAVE PRICE: )
*Enter above the full name of defendant(s) in this action* )
*(If you have additional defendants, list them on a separate piece of paper)*

**FILED**

FEB 2 8 2005

U.S. DISTRICT COURT
ELKINS WV 26241

**COMPLAINT**

Civil Action No.: 2:05cv18
*(to be assigned by Clerk)*

## I.    PARTIES

*In Item A below, place your name, inmate number, and address in the space provided.*

A.    Name of Plaintiff: CLYDE JUNIOR STOUT    Inmate No.: #34019

Address: P.O. BOX-1 HUTTONSVILLE, WEST VIRGINIA 26273

*In Item B below, place the full name of the defendant, his or her official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.    Name of Defendant: JACK    TAYLOR    Position: JAIL ADMINISTRATOR

Place of Employment: PRESTON COUNTY JAIL, KINGWOOD WEST VIRGINIA, 26537

C.    Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

RONALD    CRITES SHERIFF 103 WEST MAIN STREET, KINGWOOD, W.VA. 2653'

VICTORIA A. COLE---COURTHOUSE, KINGWOOD  W.VA 26537[Co.Commissioner

L. DARWIN WOLFE---COURTHOUSE, KINGWOOD  W.VA 26537[Co.Commissioner]

DAVE PRICE---COURTHOUSE, KINGWOOD W.VA 26537[Co.Commissioner]

CHAD STRAWSER ---PRESTON COUNTY JAIL, KINGWOOD W.VA 26537[Co.Office
[jailer]

United States District Court    6

## Statements Of Claims

(1) Plaintiff claims,that,defendants deliberate indifference to his medical needs,caused him great suffering and pain,which violated his 8TH Amendment to the United States Constitution.

(2) Plaintiff claims that being incarcerated without constant medical care,which without, causes suffering and possible death is equivalent to false imprisonment by way of defendants neglect,inviolation of 8TH Amendment.

(3) Plaintiff claims that, by defendants locking him in the drunk tank without supervisor to observe; his activities without water for at least 2 to 3 days at a time and was unable to  flush the toilet, for that period of time. This is also a violation of the 8TH Amendment of the United States Constitution.

(4) Plaintiff claims that, by the defendants taking his medications away from him, that was prescribed to him for his mental stress was in violation of the 8TH Amendment .

(5) Plaintiff claims that Defendants acted against color of State law in their decissions in failing to provide medical treatment and their neglect toward the plaintiff.

II.  PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Huttonsville Correction Center

A.  Is this where the events concerning your complaint took place?    Yes____    No_x_

If you answered "no", where did the events occur? Preston County Jail Kingwood W.V 26537

B.  Is there a prisoner grievance procedure in this institution?    Yes_X_    No____

C.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes____    No_X_

D.  If your answer is NO, explain why not: Plaintiff not in a sane state of mind to grievance situation.

E.  If your answer is YES, what was the result at level one, level two, and level three (attach grievances and responses):

_____

_____

## III.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes_____    No_x_

B.  If your answer to A is Yes, describe the lawsuit in the space below.  If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.  Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

2.  Court: N/A
   *(If federal court, name the district; if state court, name the county)*

3.  Docket Number: N/A

4.  Name of Judge(s) to whom case was assigned: N/A

5.  Disposition: N/A
   *(For example, was the case dismissed?  Appealed?  Pending?)*

6.  Approximate date of filing lawsuit: N/A

7.  Approximate date of disposition: N/A

## IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case.  Describe what each defendant did to violate your constitutional rights.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need. Attach extra sheets of paper if necessary.*

THE PLAINTIFF/ VICTIM, WOULD SUBMIT THAT, JACK TAYLOR ACTING UNDER COLOR OF STATE LAW AT THE TIME OF THIS INCIDENT, THROUGH    HIS

IV. STATEMENT OF CLAIM - continued.

EMPLOYEE'S AND/OR EMPLOYER'S, BEING THE CARETAKER OF THE PLAINTIFF FOR THE STATE OF WEST VIRGINIA, VIOLATED PLAINTIFF UNITED STATES CONSTITUTIONAL RIGHTS AND PLAINTIFF BEING A CITIZEN OF THE UNITED STATES, BY SUBJECTING PLAINTIFF TO CRUEL AND UNUSUAL PUNISHMENT, BY DENYING HIM MEDICAL TREATMENT WHICH WAS RECOMMENDED BY DR. MAZZO THE PHYSICIAN THAT EXAMINED PLAINTIFF, AND SAID DOCTOR RELAYED TO CHAD STRAWSER/CO A JAILER AND/OR TURN KEY, THAT PLAINTIFF SHOULD BE TRANSPORTED TO SHARPES HOSPITAL FOR PSYCHOLOGICAL EVALUATION AND POSSIBLE TREATMENT. BUT SAID DEFENDANT AND/OR DEFENDANTS FAILED TO TRANSFER OR ARRANGE FOR TRANSFER OF PLAINTIFF. THE DEFENDANT'S BY VIRTUE OF THEIR POSITION, AND OATH, TO UPHOLD THE CONSTITUTION OF THE UNITED STATES, ACTED IN OPPOSITION THERETO, AND IN NEGLECT OF THEIR DUTY, WHEN THEY KNEW THROUGH DR. MAZZO OR SHOULD HAVE KNOWN THAT THROUGH DUE DILIGENTS THAT PLAINTIFF/ VICTIM HAD THOUGHTS OF DOING HIMSELF HARM, BUT BY THEIR FAILURE TO SECURE A CHEMICAL TOILET BOWL ACID, THAT WAS INDUCE BY PLAINTIFF IN AN ATTEMPT TO TAKE HIS LIFE, WHICH DID CAUSE HIM GREAT SUFFERING AND PAIN, AND INDANGER THE LIFE OF THE PLAINTIFF, BY THEIR NEGLECT TO FOLLOW DIRECTIONS AND DO THE RESPONSIBLE THING AN TRANSPORT THE PLAINTIFF TO THE HOSPITAL AS RECOMMENDED BY THE DOCTOR. AND THE DEFENDANTS HAD FINAL POLICY MAKING AUTHORITY TO DO SO. BUT BY NOT DOING SO, CAUSED THE ACTION THAT IS NOW BEFORE THIS COURT.

V. RELIEF    SEE ATTACHED WRITTEN STATEMENT OF PLAINTIFF WITH DETAILS.

*State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.*

PLAINTIFF WOULD ASK THAT THIS HONORABLE COURT, SET THIS CASE FOR JURY TRIAL AND LET THE JURY DECIDED WHETHER THE ABOVED NAMED DEFENDANTS, BECAUSE OF THEIR POSITION AND AUTHORITY, UNDER THEIR OFFICIAL AND/OR UNOFFICIAL CAPACITY, WERE IN NEGLECT OF THEIR DUTIES? AND WAS THERE A DELIBERATE INDIFFERANCE TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS? AND WHETHER DEFENDANTS ARE LIABLE TO

PLAINTIFF FOR THE VIOLATION OF PLAINTIFF'S RIGHTS, THAT CAUSED HIM THE SUFFERING AND PAIN AND ENDANGER HIS LIFE?

PLAINTIFF WOULD ASSERT THAT MONETARY RELEIF IN THE AMOUNT OF 10,000, 000.00(TEN MILLION DOLLARS) TO PAY FOR THE DAMAGE CAUSE PLAINTIFF BY DEFENDANT, WOULD NOT BE TO MUCH MONETARY TO RECEIVE ESPECIALLY WITH TAKEN IN THE FACT THAT THERE WAS A GREAT POSSIBILITY THAT, BECAUSE OF THE IRRESPONSIBILITY AND DOWN RIGHT NEGLECT OF PLAINTIFFS MEDICAL NEEDS,BY DEFENDANTS, PLAINTIFF COULD HAVE LOST HIS LIFE, BUT DID NOT THIS TIME, HOWEVER PLAINTIFF DID SUFFER SERVER PAIN, AND SERVERLY BURNED HIS UPPER STOMACH AND THROAT, ESOPHAGUS CAUSING SCARING IN THOSE AREAS, ACCORDED TO THE EXAMINING PHYSICIAN.

Signed this __28__ day of __October__, 20 __04__.

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25__ day of __October__, 20 __04__.

_____
Signature of Plaintiff

## PLAINTIFF'S STATEMENT OF WHAT OCCURRED

On or about April 20, 2004 I spoke with doctor Jason Mazzo acting doctor of the Preston County Jail in regards to mental stress and thoughts of suicide. Mr. Mazzo suggested and with a written request to have myself Clyde Jr. Stout admitted for a Hygiene Warrant to Preston Memorial Hospital and admittance to Sharps State Hospital for an evaluation and chronic depression.

Mr. Mazzo did fill out the proper paper work starting the process for a Hyigene Warrant. Before Mr. Mazzo could get Clyde Jr. Stout to Preston Memorial Hospital for the Hygiene Warrant, Correctional Officer Chad Strawesr contacted Jack Taylor by phone and informed him of Dr. Mazzo request, and concerns and recommendations that Clyde Jr. Stout be released into Medical custody for treatment for chronic depression and thoughts of suicide. Mr. Jack Taylor refused to sign the proper paper work and give his consent to release Mr. Stout into the care of the doctor for further medical treatment.

CORRECTIONAL OFFICER CHAD STREWSER TOLD MR. STOUT THAT JACK TAYLOR WOULD SPEAK WITH HIM THE FOLLOWING DAY ABOUT HIS MEDICAL CONDITION, BUT THE CONVERSATION NEVER OCCURRED. MR. STOUT WAS ON SEVERAL ANTIDEPRESSANTS SUCH AS EFFIXOR XL, PROZAC, VALIUM, TRAZIDONE, AND BUSBAR. THESE MEDICATIONS WERE PRESCRIBED BEFORE THE INCIDENT WITH THE DEFENDANT. I LATER CONTACTED MY ATTORNEY MISS. REBECCA ERITANTO AND INFORMED HER OF THE SITUATION AND THOUGHTS I WAS HAVING. MISS ERITANTO WAS IN ROUTE TO THE PRESTON COUNTY JAIL WITHIN A HALF HOUR AND SPOKE WITH SHERIFF RON CRITES AND MR. JACK TAYLOR IN REGARDS TO THE SITUATION AND STILL NOTHING WAS RESOLVED EXCEPT MR. STOUT WAS PLACE IN A SUICIDE CELL WHICH IS LOCATED ON THE FIRST FLOOR OF THE JAIL WITHOUT A SUICIDE GOWN OR A BLANKET. ON OR ABOUT MAY 25th, 2004, SHERIFF RON CRITES HAD ALL MEDICATIONS OF MR. STOUT STOPPED BECAUSE HE CLAIMED THEY DID NOT HAVE THE MONEY TO PAY FOR IT. THIS IS ACCORDING TO WHAT THE NEW APPOINTED DOCTOR FROM THE PRESTON COUNTY HEALTH CARE [ DR. TIM BOYARD ] TOLD ALL INMATES ON THESE MEDICATION. THOSE MEDICATIONS WERE FOR ANTIDEPRESSANTS. AND THAT WAS WHAT MR. STOUT WAS TAKING FOR DEPRESSION. AFTER THE DISCONTINUANCE OF THESE MEDICATIONS

(1)

MR. STOUT'S DEPRESSION BECAME EVEN WORSE. ON OR ABOUT JUNE 5th, 2004, ABOUT 9:00 PM. MR STOUT DRANK TOILET BOWL ACID IN AN ATTEMPT TO TAKE HIS LIFE. MR. STOUT WAS TAKEN BY AMBULANCE TO PRESTON MEMORIAL HOSPITAL TO START TREATMENT AND ABOUT 2 HOURS LATER WAS TRANSFERRED TO RUBY MEMORIAL HOSPITAL WHERE TREATMENT COULD BE ADMINISTERED. UPON ARRIVAL TO RUBY MEMORIAL, MR. STOUT WAS GIVEN TWO NARCOTIC MEDICATIONS, NAMELY MORPHINE AND NEWBANE WHICH ARE EXTREMELY POWERFUL PAIN MEDICATIONS. MR. STOUT WAS DIAGNOSED WITH HAVING SECOND TO THIRD DEGREE BURNS IN HIS THROAT, MOUTH, AND STOMACH. AFTER THE PAIN MEDICATION BEGAN TO TAKE EFFECT, MR. STOUT STATES THAT HE HAS A HARD TIME REMEMBERING WHAT ALL OCCURRED DURING THE SEVEN DAYS HE SPENT AT THE RUBY MEMORIAL HOSPITAL. MR. STOUT STATE THAT HE REMEMBER GOING TO THE INTENSIVE CARE UNIT THE FIRST NIGHT BUT DOES NOT RECALL MUCH OF THE NEXT SIX DAYS THAT HE SPENT AT THE RUBY MEMORIAL. THERE ARE MEDICAL RECORDS AND WITNESSES TO SUPPORT THIS STATEMENT.

MR. STOUT SAYS THAT AFTER HE WAS BROUGHT BACK TO THE PRESTON COUNTY JAIL, THAT HE WAS LOCKED IN THE DRUNK TANK WHICH IS LOCATED ON THE THIRD FLOOR OF THE JAIL, AND THAT THEY TOOK ALL OF HIS CLOTHS AND HAD NO ONE THERE TO SUPERVISE HIS ACTIVITY WHILE HE WAS INCARCERATED AND THEY NEVER GAVE HIM ANY BLANKET, AND TURNED OFF THE WATER, BUT DID TURN IT ON EVER 2 or 3 DAYS SO HE COULD FLUSH THE TOILET.

PLAINTIFF CLAIMS THAT HIS UNCLE HAD MEDICAL POWER OF ATTORNEY BUT AFTER I [ CLYDE JR. STOUT] WAS BROUGHT BACK FROM RUBY MEMORIAL HOSPITAL THE JAIL ADMINISTRATOR AND/OR THEIR EMPLOYEE REFUSED TO LET MY MEDICAL POWER OF ATTORNEY VISIT HIM TO CHECK ON HIS CONDITION. MR. STOUT TOLD THE SHERIFF THAT HE DRANK THIS TOILET BOWL ACID AS A BET SO THE SHERIFF WOULD NOT LOCK HIM IN THE SUICIDE CELL.

_____

CLYDE JUNIOR STOUT # 34019

_____
Date

**Attachment F**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CLYDE JUNIOR STOUT )
)
_____ )
_____, )
)
)
)
)
)
v.                                           )
CHAD STRAWSER/CORRECTIONAL OFFICER )
JACK   TAYLOR/JAIL ADMINASTRATOR )   Civil Action No.:_____
)
RONALD CRITES/COUTY SHERIFF )
)
VICTORIA A. COLE CO. COMMISSIONER )
)
L. DARWIN WOLFE; CO. COMMISSIONER )
)
DAVID PRICE;    CO. COMMISSIONER . )

## Certificate of Service

[CLYDE JUNIOR STOUT]
I, (your name here), appearing pro se, hereby certify that I have served the foregoing (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the United

States mail, postage prepaid, upon the following counsel of record for the defendant(s) on (insert

date here):

(List name and address of counsel for defendant(s))      [N/A]


_____
(sign your name)